ANNA O'SULLIVAN, Appellant, *v.* CHARLES B. KNOX, Respondent.

*O'Sullivan* v. *Knox.* 81 App. Div. 488, affirmed.
(Argued March 2, 1904; decided March 22, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint upon the merits by the court at a Trial Term.

*Theodore E. Hancock* for appellant.

*Fred. Linus Carroll* for respondent.

Judgment modified by striking out the words "on the merits," and as modified affirmed, without costs of this appeal to either party; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.

---

WILLIAM HARMS, Respondent, *v.* WILLIAM G. HORGAN et al., Appellants.

*Harms* v. *Horgan,* 82 App. Div. 636, affirmed.
(Argued March 2, 1904; decided March 22, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1903, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Joseph E. Bullen* for appellants.

*Edward Browne* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.